IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-17971 |
| | ) | |
| Roger L. Davis, Sr., | ) | Judge Arthur I. Harris |
| | ) | |
| Debtor. | ) | Chapter 7 Case |

**MOTION OF TRUSTEE FOR ORDER DIRECTING DEBTOR
TO TURN OVER PROPERTY OF THE ESTATE**

David O. Simon, trustee in this case, respectfully moves the Court for the entry of an Order directing the debtor to turn over property of the estate and, in support of this motion, states as follows:

1. This case was commenced by the filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on November 12, 2013.

2. At the time of the commencement of this bankruptcy case the debtor was entitled to receive income tax refunds from the Internal Revenue Service in the amount of $3,377.34 and from the State of Ohio in an unknown amount. In addition, the debtor had funds on deposit in a Health Savings Account in the amount of $686.89.

3. The non-exempt portion of the debtor's income tax refunds and Health Savings Account balance is the amount of $2,494.23 + 87% of any refund received from the State of Ohio, which is property of this estate pursuant to the provisions of §541 of the Bankruptcy Code and is subject to turnover pursuant to the provisions of §542 of the Bankruptcy Code.

WHEREFORE, the trustee prays that this motion be granted and that the debtor be directed to turn over to the trustee the sum of $2,494.23 + 87% of any refund received from the State of Ohio representing his non-exempt 2013 income tax refunds and funds on deposit in his Health Savings Account.

                                          */s/ David O. Simon*
                                          David O. Simon, Trustee
                                          1370 Ontario Street, Suite 450
                                          Cleveland, OH 44113-1744
                                          (216) 621-6201; Fax (216) 575-1405
                                          david@simonlpa.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Motion of Trustee for Order Directing Debtor to Turn Over Property of the Estate was electronically served upon Sheronda Dobson, Esq., attorney for debtor, at sdobsonattorneyatlaw@yahoo.com and was sent by regular U.S. Mail this 19th day of March, 2014, to:

        Roger L. Davis Sr.
        12817 Lenacrave Ave., down
        Cleveland, OH 44105

                                          */s/ David O. Simon*
                                          David O. Simon